■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN DOYLE, Appellant. [662 NYS2d 311] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J., at hearing; Bernard Fried, J., at jury trial and sentence), rendered March 7, 1995, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

In light of the information transmitted by the undercover officer, who made a drug purchase, to the arresting officer, which transmission included a detailed description of the perpetrators of the sale, there was probable cause for the arrest (*People v Petralia*, 62 NY2d 47, 51-52, *cert denied* 469 US 852).

Defendant's disagreement with his attorney over trial strategy was not good cause for substitution of counsel and does not establish ineffective assistance of counsel (*see, People v Sides*, 75 NY2d 822, 824; *People v Smith*, 59 NY2d 156, 165-166; *People v Baldi*, 54 NY2d 137). Concur—Rosenberger, J. P., Ellerin, Williams, Tom and Colabella, JJ.